Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Richmond Division

| | | |
|---|---|---|
| Dr. Marla Faith Crawford | ) | Case No.   3:20cv744 |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)*  ☑ Yes  ☐ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| **-v-** | ) | |
| Mark Herring, Attorney General | ) | |
| Susan Williams, Asst. Attorney General of the | ) | |
| Attorney General's Office for the | ) | |
| Commonwealth of Virginia | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names. Do not include addresses here.)* | ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | | | |
|---|---|---|---|
| Name | Dr. Marla Faith Crawford | | |
| Address | 6523 South Stevens Hollow Drive | | |
| | Chesterfield | VA | 23832 |
| | *City* | *State* | *Zip Code* |
| County | Chesterfield | | |
| Telephone Number | 804-397-4480 | | |
| E-Mail Address | mcawford@capellauniversity.edu | | |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | | | |
|---|---|---|---|
| Name | Mark Herring of the Attorney General's Office | | |
| Job or Title *(if known)* | Attorney General | | |
| Address | 202 North 9th Street | | |
| | Richmond | VA | 23219 |
| | *City* | *State* | *Zip Code* |
| County | Richmond | | |
| Telephone Number | (804)786-2071 | | |
| E-Mail Address *(if known)* | MHerring@oag.state.va.us | | |

☐ Individual capacity   ☑ Official capacity

Defendant No. 2

| | | | |
|---|---|---|---|
| Name | Susam Williams of the ~~Attorney~~ *Attorney* General's Office | | |
| Job or Title *(if known)* | Asst. Attorney General | | |
| Address | 202 North 9th Street | | |
| | Richmond | VA | 23219 |
| | *City* | *State* | *Zip Code* |
| County | Richmond | | |
| Telephone Number | (804)786-2071 | | |
| E-Mail Address *(if known)* | SWilliams@oag.state.va.us | | |

☐ Individual capacity   ☑ Official capacity

**Defendant No. 3**

    Name _____

    Job or Title *(if known)* _____

    Address _____

                                *City*          *State*          *Zip Code*

    County _____

    Telephone Number _____

    E-Mail Address *(if known)* _____

    ☐ Individual capacity   ☐ Official capacity

**Defendant No. 4**

    Name _____

    Job or Title *(if known)* _____

    Address _____

                                  *City*          *State*          *Zip Code*

    County _____

    Telephone Number _____

    E-Mail Address *(if known)* _____

    ☐ Individual capacity   ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    Due Process (5th Amendment)
    Eaqual Protection (14th Amendment)
    IDEA
    504 Rehabiltation Act
    ADA

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Plaintiff is an African-American (Black) woman. Plaintiff asserts that if she was a woman of European (White) descent she would not have been maliciously prosecuted and her civil liberties taken.

## III.  Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

Henrico County, Virginia

B.  What date and approximate time did the events giving rise to your claim(s) occur?

April 25, 2018

C.  What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

VDOE personnel to ensure a homeless, black male with suspected disability attend school. On April 25, 2018, Mark Herring, Attorney General of the Attorney General's Office sent ~~Mikara Countiss~~ Asst. Attorney General to motion the Henrico County General District Court to quash plaintiff's witness subpoena. The Court granted the Attorney General's Office motion. On April 26, 2018, plaintiff was found guilty of criminal trespassing and her defense was dismantled because her witnesses did not have to appear before the trial court. Officer Crook rendered a false testimony on April 26, 2018. Plaintiff was detained by authorities processed (finger printed and profile picture) into the Henrico County Criminal Data Base. Plaintiff filed an appeal and retained legal counsel. on September 26, 2018, the Circuit Court found the plaintiff not guilty for the following reasons: no clear evidence plaintiff was asked to leave the school building and plaintiff was on the phone with members of VDOE (paraphrasing) address the education of a child under McKinney Vento and IDEA. Officer Crook recanted his testimony and advised the Circuit Court he had misspoke.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff paid $4000 in legal fees. Plaintiff was unlawfully detained by authorities for a crime not committed. Plaintiff has a permanent criminal profile in the Henrico County of Virginia Data Base. Plaintiff has to constantly address the conviction in other venues of her professional life (applications to law school, conducting educational assessments on behalf of students with school districts, etc.) and personal matters. When the plaintiff advocate for the education of a child under IDEA which encompasses 504 Rehabilitation Act and ADA, the protection afforded the child represent by the plaintiff under these federal mandates also carry over to the plaintiff and it was imposed on by sending a message that the plaintiff will be tried and convicted for advocating.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I'm requesting the $4000 in legal fees.

$5,000,000 in punitive damages because I have to always address the conviction and the final outcome of it. I was unlawfully detained by authorities for processing into the Henrico County of Virginia Criminal Data Base. I have a criminal profile (finger print and profile picture) in the Henrico County of Virginia Criminal Data Base that would not have occurred had my witness testified from VDOE that I was talking with them on the phone about the education of a child under McKinney Vento and IDEA.

Policy development that protect the rights of individuals advocating on behalf of children as long as the individual is not interfering and or disrupting the operation of the agency that frees the advocate from criminal prosecution.

Letter of apology

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          09/22/2020

Signature of Plaintiff

Printed Name of Plaintiff    Dr. Mala Faith Crawford

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

| | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address